<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7254**

VERNON SAMUEL BROWN, a/k/a Vernon S. Brown,

             Plaintiff - Appellant,

        v.

ANTONIO QUATTLEBAUM, Detention Officer,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   G. Ross Anderson, Jr., Senior
District Judge.   (9:08-cv-02225-GRA)

Submitted:  October 15, 2009        Decided:  October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon Samuel Brown, Appellant Pro Se.  William Henry Davidson,
II, Joel Steve Hughes, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Samuel Brown appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Quattlebaum, No. 9:08-cv-02225-GRA (D.S.C. Mar. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED